IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOUGLAS DUANE HENSON**                                        **PLAINTIFF**
**ADC #108327**

v.                        Case No: 4:23-cv-00587-JM

**TURN KEY MEDICAL SERVICES,** *et al.*                        **DEFENDANTS**

## ORDER

Plaintiff Douglas Duane Henson filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 22, 2023 (Doc. No. 1). In its initial order to Henson, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address; the Court also notified Henson that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. *See* Doc. No. 5.

On September 28, 2023, defendants Turn Key Health Clinics, LLC ("Turn Key") and Kimberly Parsons, LPN, filed a motion to dismiss Henson's claims against them for failure to state a claim upon which relief may be granted. *See* Doc. Nos. 9-10. On October 6, 2023, the Court entered an order allowing Henson 14 days to file a response to that motion (Doc. No. 11). Henson did not file a response. On December 1, 2023, the Court entered a text order, directing Henson to provide notice of his current mailing address by no later than thirty days from the entry of the December 1 text order (Doc. No. 16). He was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to him at his address of record but was returned as undeliverable. *See* Doc. No. 17.

Henson has not complied with or otherwise responded to the December 1 order, and the time to do so has passed. Accordingly, the Court finds that this action should be dismissed without

prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Henson's complaint is dismissed without prejudice, and the motion to dismiss filed by Turn Key and LPN Parsons (Doc. No. 9) are denied as moot.

DATED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE