**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DOUGLAS DUANE HENSON**                                                          **PLAINTIFF**
**ADC #108327**

**v.**                                    **Case No: 4:23-cv-00587-JM**

**TURN KEY MEDICAL SERVICES,** *et al.*                              **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE